IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIE L. YOUNG, | : | CIVIL ACTION |
| v. | : | |
| J.T. MEDDEN, et al., | : | NO. 03-5432 |

ORDER

AND NOW, this 20th day of April, 2010, following a bench trial held before the Court on July 15 and 16, 2009, and on October 13, 2009, IT IS HEREBY ORDERED, for the reasons set forth in a Memorandum of today's date, that:

1. The Court finds for the defendants Lt. Madden, Officer Wright, Officer Jancoviak, Officer Andrews, Officer Sivera, and Lt. Radle and against the plaintiff on the plaintiff's claims that certain prison officials physically assaulted him in violation of the Eighth Amendment;

2. The Court finds for the defendants Lt. House, Officer Hand and Officer Parks and against the plaintiff on the plaintiff's claims that certain substances were placed in his food in violation of the Eighth Amendment;

3. The Court finds for the defendants Lt. Wilt, Lt. House, Officer Hand and Officer Parks and against the plaintiff on the plaintiff's claims that certain prison officials interfered with the practice of his religion in violation of the

First Amendment and the Religious Land Use and Institutionalized Persons Act; and

4. The Court finds for the defendants Lt. Wilt, Lt. House, Officer Hand and Officer Parks and against the plaintiff on the plaintiff's claims that certain prison officials discriminated against him on the basis of his religion in violation of the Fourteenth Amendment.

Judgment is hereby entered for the defendants and against the plaintiff. This case is closed.

BY THE COURT:


/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.